M. P. No. 1259. ANTHONY C. ALGIERE *v.* PETER CURRY *et al.* Motions of defendants for leave to file petition for writ of certiorari and for a stay of restraining order are denied. Motion for special assignment granted and pending appeal Algiere v. Curry, No. 1252-A assigned to calendar of February 5, 1971 for hearing on the merits, defendants to file their brief on or before January 15, 1971 and plaintiff directed to file his brief on or before January 27, 1971. Town of Westerly authorized to enter its appearance as amicus curiae in said No. 1252-A, its brief to be filed on or before January 29, 1971. *Urso and Adamo, Natale L. Urso, John J. Adamo,* for plaintiff-appellee; *Robert E. Liguori,* Town Solicitor of Westerly, Amicus Curiae. *Crandall, Longolucco, Parrilla & Lenihan, Joseph J. Parrilla,* for defendants-appellants.

Ex. No. 865. STATE *v.* MATTHEW R. KOSKI. Motion of defendant to assign denied without prejudice. Motion of plaintiff for an extension of time to January 2, 1971 in which to file a brief is granted. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

Ex. &c. No. 932. STATE *ex rel.* GEORGE A. COFFEY *v.* DANIEL JAMGOCHIAN. Motion of defendant to assign denied without prejudice. Motion of State for extension to January 2, 1971 within which to file a brief is granted. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

Ex. No. 1042. STATE *v.* WAYNE GILMAN. Motion of defendant to assign is denied without preudice. Motion of plaintiff for an extension of time to January 2, 1971 within which to file a brief is granted. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.